ORIGINAL

FILED
MAY 12 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CANDELARIA CORPORATION<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 08-345 C<br>COMPLAINT |

Plaintiff alleges:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 41 U.S.C. Section 609 (a) (1).

2. Plaintiff CANDELARIA CORPORATION ("CANDELARIA") is, and at all times herein mentioned was a corporation duly organized and existing under and by virtue of the laws of the State of Arizona.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the United States Department of Veterans Affairs, Carl T. Hayden VA Medical Center, Phoenix, Arizona ("DVA"), which is, and at all times herein mentioned was, an agency of the United States.

4. On or about October 6, 2005 CANDELARIA entered into Contract V644C-0574-8(a) (the "CONTRACT") for the Renovate SPD Facility, Phoenix VA Medical Center, Phoenix, Arizona, Project No. 644-02-102, Purchase Order No. 644-C51308 (the "PROJECT"). The entire CONTRACT, including plans, specifications and related contract documents, ("CONTRACT DOCUMENTS"), are voluminous and therefore not attached hereto, but are a matter of public record, and have and will be made available to all parties and are incorporated herein by this reference as though fully set forth at this point.

5. The CONTRACT was competitively bid by CANDELARIA pursuant to a Solicitation by the DVA for competitive bids. CANDELARIA submitted its competitive bid on September 21, 2005 and was awarded the CONTRACT on October 6, 2005 in the sum of $995,788.00 . The CONTRACT called for the start of the performance of work required thereby within ten (10) calendar days after receipt of the Notice to Proceed (NTP) and required completion within 300 calendar days after receipt of the NTP. The NTP was received by CANDELARIA on or about December 13, 2005, thereby establishing the completion date as October 9, 2006.

6. The CONTRACT DOCUMENTS required the contractor to furnish all labor, materials, tools, equipment, tools and qualified supervision to complete the PROJECT, comprised of general construction and associated site work of the PROJECT. The scope of work of the PROJECT included, inter alia, prepare site for building operations, including demolition and removal of existing structures, and furnish labor and materials and perform work for Renovate SPD (Supply Processing & Distribution), Project #644-03-102 as required by the PROJECT drawings and specifications. Work includes general construction, alterations, new DX Air Conditioning unit, mechanical and electrical work, utility systems, necessary removal of existing structures and construction, installation of new sterilizer equipment and certain other items.

7. CANDELARIA has timely and properly performed any and all obligations required to be performed under the CONTRACT, except as excused or delayed by the DVA's failure to timely perform as more specifically set forth below.

8. By letters dated May 18, 2007, June 4, 2007, July18, 2007, and August 1, 2007, CANDELARIA forwarded a claims in the amount of $448,195.20 for the estimated increased direct and indirect costs and delays related to various changes, differing site conditions and untimely responses to conflicts in the PROJECT design, specifications and contract drawings for, inter alia, extended general conditions, overtime and off hours work, Pole Canyon Construction, Commonwealth Electric Company, Barratt-Homes, Independent Flooring,

catwalk deletion, piping materials, cart wash changes and prompt payment act interest on unpaid routine progress payment requests and requested a Final Decision of the Contracting Officer in the in the approximate sum of Four Hundred Forty Eight Thousand, One Hundred and ninety five dollars and seventy-five cents ($448,195.20) plus 145 calendar days of delay. The claims were certified as and if required by the Contract Disputes Act. More than sixty (60) days have passed since the Contracting Officer received CANDELARIA's claims. By letters dated July 31, 2007 and August 17, 2007 the DVA acknowledged receipt of CANDELARIA's claims and promised "to be in a position to issue" a final decision(s) by November 1, 2007. By letter dated November 14, 2007 the DVA advised CANDELARIA that the DVA "may be in a position to issue.." a Final Decision "on or before February 1, 2008". Other than to issue numerous vague assurances and unspecified dates promising " to be in a position to issue a final decision(s), the Contracting Officer has not issued a Contracting Officer's Final Decision(s) on CANDELARIA's claims and as such CANDELARIA's claims are deemed denied.

10. As a direct and proximate result of the foregoing, CANDELARIA has suffered damages as and for direct costs, delay, disruption, inefficiency, impact and extended home and field office overhead and liquidated damages in the sum of Four Hundred Forty Eight Thousand, One Hundred and ninety five dollars and seventy-five cents ($448,195.20) plus 145 calendar days of delay.

11. CANDELARIA has and will continue to suffer further, other and additional damages, the precise sum of which is not presently known. CANDELARIA will amend its Complaint when the same are ascertained or upon proof thereof at trial. In addition to the foregoing, CANDELARIA is entitled to interest as provided by the Contract Disputes Act from the date on which the component parts of the foregoing sum became due.

WHEREFORE PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

<u>FIRST CAUSE OF ACTION</u>

1. For damages in the amount of Four Hundred Forty Eight Thousand, One Hundred and ninety five dollars and seventy-five cents ($448,195.20) plus 145 calendar days of delay together with interest thereon from a date according to proof under the Contract Disputes Act;

2. For reasonable attorneys' fees incurred herein in accordance with EAJA;

3. For costs of suit incurred herein; and

4. For such other and further relief as the court may deem just and proper.

Dated: May 9, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER, LLP
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for CANDELARIA CORPORATION