ORIGINAL

FILED
MAY 12 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CANDELARIA CORPORATION<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant | CASE NO.<br>CORPORATE DISCLOSURE STATEMENT<br>08-345 C |

Candelaria Corporation has no parent corporation nor does any other corporation own 10% or more of Candelaria Corporation's stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 9, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER, LLP
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for Candelaria Corporation