IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CANDELARIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-345C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute a conclusion of law to which no answer is required.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required.

4 . Admits.

5. Admits the allegations contained in first and second sentences of paragraph 5. Admits the allegations contained in third and fourth sentences of paragraph 5 to the extent supported by documents cited, which are the best

evidence of their contents; otherwise denies the allegations contained in the third and fourth sentences of paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 6.

7. Denies.

8. Admits the allegations contained in the first, fourth, and fifth sentences of paragraph 8 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the first, fourth and fifth sentences of paragraph 8. The allegations contained in the second and third sentences of paragraph 8 are conclusions of law to which to response is required; to the extent they may be deemed allegations of fact, they are denied. In response to the allegations contained in the sixth sentence of paragraph 8, denies the allegations that the contracting officer "issue[d] numerous vague assurances and unspecified dates promising 'to be in a position to issue a final decision(s),'" and avers that the contracting officer has advised plaintiff that a contracting officer's decision would be issued upon the completion of a delay analysis and audit; admits that the contracting officer has not issued a contracting

officer's final decision; and, the allegation that plaintiff's claims are "deemed denied" is a conclusion of law to which no response is required.

9. Plaintiff has set forth no allegations corresponding to what should be number paragraph 9 and, accordingly, defendant does not respond.

10 [as numbered the complaint]. The allegations contained in paragraph 10 are conclusions of law and plaintiff's characterizations of the case to which to response is required; to the extent they may be deemed allegations of fact, they are denied.

11 [as numbered the complaint]. The allegations contained in paragraph 11 are conclusions of law and plaintiff's characterizations of the case to which to response is required; to the extent they may be deemed allegations of fact, they are denied.

12. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 11, or to any relief whatsoever.

13. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

OF COUNSEL:

Anna C. Maddan
Office of General Counsel
Department of Veterans Affairs

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

July 10, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 10, 2008, I forwarded a copy of the foregoing "DEFENDANT'S ANSWER" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John S. Groat