# In the United States Court of Federal Claims

No. 08-345 C

(E-Filed: September 3, 2008)

| | |
|---|---|
| CANDELARIA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is Defendant's Motion [On] Behalf of the Parties to Stay All Proceedings Until December 15, 2008 (Joint Motion or Joint Mot.). The parties' Joint Motion requests that the court "stay all proceedings, [up] to and including December 15, 2008, and direct the defendant to file a status report regarding further proceedings on or before December 15, 2008." Joint Mot. 2.

The Joint Motion discusses several activities that the parties will undertake prior to December 15, 2008. Further to the Joint Motion, the court orders that on or before November 15, 2008, the expert report on the delay analysis shall be completed. After completion of the expert report, the parties shall explore the possibility of settlement. On or before December 15, 2008, the parties shall file a Joint Status Report (JSR) with the court informing the court whether settlement appears reasonably likely and advising the court whether the parties believe that a stay of proceedings to pursue settlement would be desirable. Further to the foregoing, the Joint Motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge